**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-05871
  §
OSHANA SORO §
MARLYNE O SORO §
  §
    Debtors §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/24/2009. The undersigned trustee was appointed on 02/24/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,141.55

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $8.50 |
   | Bank service fees | $84.62 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |

   Leaving a balance on hand of[1] $3,048.43

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/21/2009 and the deadline for filing government claims was 07/21/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $0.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/20/2013                              By:    /s/ Horace Fox, Jr.
                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 09-05871 Doc 45 Filed 05/31/13 Entered 05/31/13 10:42:43 Desc Main
Document Page 3 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 09-05871 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | | | Date Filed (f) or Converted (c): | 02/24/2009 (f) |
| For the Period Ending: | 5/20/2013 | | | §341(a) Meeting Date: | 03/25/2009 |
| | | | | Claims Bar Date: | 07/21/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | townhome 7865 N. Nordica Niles, IL | $214,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | condominium Unit 4704 10 E. Ontario St. Chicago, IL 60611 | $385,000.00 | $0.00 | OA | $0.00 | FA |
| 3 | condominium Unit 3003 10 E. Ontario St. Chicago, IL 60611 | $239,000.00 | $0.00 | OA | $0.00 | FA |
| 4 | condominium Unit 2408 10 E. Ontario St. Chicago, IL 60611 | $205,000.00 | $0.00 | OA | $0.00 | FA |
| 5 | condominium Unit 2208 10 E. Ontario St. Chicago, IL 60611 | $205,000.00 | $0.00 | OA | $0.00 | FA |
| 6 | condominium Unit 2803 10 E. Ontario St. Chicago, IL 60611 | $239,000.00 | $0.00 | OA | $0.00 | FA |
| 7 | condominium Unit 1911 400 N. LaSalle Dr. Chicago, IL 60610 | $275,000.00 | $0.00 | OA | $0.00 | FA |
| 8 | 100' x 100' vacant property 245 Wickshire Davis, IL 61019 | $15,000.00 | $9,500.00 | | $0.00 | FA |
| Asset Notes: | will administer. Contacted Dick Wilkie, of Best Realty to market vacant, non lake lot. Broker said he did not want to list the lot, there were others for sale and that a few had sold at the 9500.00 level. Try another broker in the area. Deem abandoned | | | | | |
| 9 | Fifth Third Bank checking (..0106) | $4,200.00 | $1,614.00 | | $1,614.00 | FA |
| Asset Notes: | no claims filed, therefore surplus case. | | | | | |
| 10 | single family brick 1533 S. Montery Schaumburg, IL 60193 (no occupancy permit; no kitchen) | $215,000.00 | $2,575.00 | | $0.00 | FA |
| Asset Notes: | Can not be occupied. No kitchen, no occupancy permit. | | | | | |
| 11 | checking (...2161) | $2,914.00 | $0.00 | | $0.00 | FA |
| 12 | checking (..1728) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Bassam Metti, security deposit | $7,000.00 | $7,000.00 | | $0.00 | FA |
| Asset Notes: | Security deposit used for delinquent rent. | | | | | |
| 14 | household goods and furnishings (Nordica) | $1,000.00 | $0.00 | | $0.00 | FA |
| 15 | 1 washer/dryer (400 N. LaSalle) 7 sstoves/refrigerators (10 E. Ontario/400 N. LaSalle) | $1,000.00 | $1,000.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2 Exhibit A

| Case No.: | 09-05871 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | | | Date Filed (f) or Converted (c): | 02/24/2009 (f) |
| For the Period Ending: | 5/20/2013 | | | §341(a) Meeting Date: | 03/25/2009 |
| | | | | Claims Bar Date: | 07/21/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Asset Notes: burdensome to estate, abandon at closing.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 16 | wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 17 | Fifth Third Bank Roth IRA | $5,000.00 | $0.00 | | $0.00 | FA |
| 18 | Fifth Third Bank Roth IRA | $5,000.00 | $0.00 | | $0.00 | FA |
| 19 | Oshana Soro Accounting & Tax Service | $1,000.00 | $0.00 | | $0.00 | FA |
| 20 | City of Chicago General Business License | $1.00 | $1.00 | | $0.00 | FA |
| 21 | 2006 Honda Pilot | $14,000.00 | $0.00 | | $0.00 | FA |
| 22 | 2 computers, printer, 3 desks, 9 chairs, phone system | $500.00 | $0.00 | | $0.00 | FA |
| 23 | rent 10 E. Ontario # Chgo IL (u) | $0.00 | $1,524.00 | | $1,524.00 | FA |

Asset Notes: no more rent forthcoming

| INT | Interest Earned (u) | Unknown | Unknown | | $3.55 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$2,034,115.00    $23,214.00    $3,141.55    $0.00

**Major Activities affecting case closing:**

Requested detail on security deposit and filed motion to abandon all realty, except vacant land, due to lack of insurance.

Order abanoning all realty except vacant land entered. Contacted broker re saleability of vacant lot.
Claims bar date 7.21.09.
Real estate broker has reported no interest in marketing vacant lot, there are several more desirable ones on market, in that development.
Deem vacant lot abandoned and close, broker will not take listing.
No claims filed this case, return money to debtor. Vacant lot not saleable. Initial asset notice filed, claims bar date 7.21.09
Can not make distribution, no claims filed. Inital notice sent 4.09,10.03.10.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3     Exhibit A

| Case No.: | 09-05871 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | | | Date Filed (f) or Converted (c): | 02/24/2009 (f) |
| For the Period Ending: | 5/20/2013 | | | §341(a) Meeting Date: | 03/25/2009 |
| | | | | Claims Bar Date: | 07/21/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Close case return funds, no claims filed before claims bar date.

Served all creditors and asked them to file late claims. pay late filed claims rather than returning funds 2.12

No creditors filed late claims by 2.27.12  Requested permission to return the funds.2.29.12

Make request of Ms. Silver again.  No response at 4.8.12.

Response from Ms. Silver is that I must close with final report though there is a very small amount of money that will be consumed by administrative fees.5.2.12

Confirmed with accountant that there is no taxable event and therefore no tax return necessary.  10.19.12

Confirmed that neither Smith Amundsen nor Bruce de 'Medici will bill any fees to this case.

I will draft the motion to approve compromise to save estate funds. 10.25.12.

Motion to approve compromise set 1.17.13, Judge Doyle, denied as unnecessary.  No claims filed.1.12.13

No fee taken as no distribution made.  Money to be returned to debtor.  Final report to UST 2.14.13

Check with UST re status final report. 3.23.13

Check docket and e-mails, no sign-off UST, funds to be returned to debtors, no claims filed. 5.11.13.

**Initial Projected Date Of Final Report (TFR):**   03/31/2011     **Current Projected Date Of Final Report (TFR):**   02/28/2013     /s/ HORACE FOX, JR.

HORACE FOX, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-05871 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8400 | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | ******8401 | | Account Title: | DDA |
| For Period Beginning: | 2/24/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $3,136.05 | | $3,136.05 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.14 | $3,134.91 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.05 | $3,129.86 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.21 | $3,124.65 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.71 | $3,119.94 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.87 | $3,115.07 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.02 | $3,110.05 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.01 | $3,105.04 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $3.00 | $3,102.04 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.68 | $3,097.36 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.15 | $3,092.21 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.66 | $3,087.55 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.98 | $3,082.57 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.97 | $3,077.60 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.80 | $3,072.80 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.43 | $3,067.37 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.31 | $3,063.06 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.94 | $3,058.12 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.09 | $3,053.03 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.60 | $3,048.43 |

**SUBTOTALS** $3,136.05 $87.62

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-05871 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8400 | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | ******8401 | Account Title: | DDA |
| For Period Beginning: | 2/24/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $3,136.05 | $87.62 | $3,048.43 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $3,136.05 | $0.00 | |
|  |  |  | **Subtotal** |  | $0.00 | $87.62 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $0.00 | $87.62 | |

| For the period of 2/24/2009 to 5/20/2013 | | For the entire history of the account between 07/25/2011 to 5/20/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,136.05 | Total Internal/Transfer Receipts: | $3,136.05 |
| | | | |
| Total Compensable Disbursements: | $87.62 | Total Compensable Disbursements: | $87.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $87.62 | Total Comp/Non Comp Disbursements: | $87.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-05871 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8400 | | | Checking Acct #: | ******5871 |
| Co-Debtor Taxpayer ID #: | ******8401 | | | Account Title: | |
| For Period Beginning: | 2/24/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From  # ******5871 | Transfer For Bond Payment | 9999-000 | $2.81 | | $2.81 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $2.81 | $0.00 |
| | | | **TOTALS:** | | $2.81 | $2.81 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2.81 | $0.00 | |
| | | | Subtotal | | $0.00 | $2.81 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $2.81 | |

| For the period of 2/24/2009 to 5/20/2013 | | For the entire history of the account between 02/17/2011 to 5/20/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2.81 | Total Internal/Transfer Receipts: | $2.81 |
| | | | |
| Total Compensable Disbursements: | $2.81 | Total Compensable Disbursements: | $2.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2.81 | Total Comp/Non Comp  Disbursements: | $2.81 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-05871 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8400 | | Money Market Acct #: | ******5871 |
| Co-Debtor Taxpayer ID #: | ******8401 | | Account Title: | |
| For Period Beginning: | 2/24/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2009 | (9) | Marlyne O. Soro and Oshana B. Soro | Non Exempt Assets, 5/3 checking account | 1129-000 | $1,614.00 | | $1,614.00 |
| 04/07/2009 | (23) | Christopher L. Rennels | March Rent- Final Payment | 1229-000 | $1,524.00 | | $3,138.00 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.09 | | $3,138.09 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $3,138.22 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.13 | | $3,138.35 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.13 | | $3,138.48 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.13 | | $3,138.61 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.13 | | $3,138.74 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.13 | | $3,138.87 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.13 | | $3,139.00 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.13 | | $3,139.13 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.13 | | $3,139.26 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.12 | | $3,139.38 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.13 | | $3,139.51 |
| 04/28/2010 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $2.69 | $3,136.82 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.13 | | $3,136.95 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $3,137.08 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.13 | | $3,137.21 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.13 | | $3,137.34 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.13 | | $3,137.47 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.13 | | $3,137.60 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.13 | | $3,137.73 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.13 | | $3,137.86 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.13 | | $3,137.99 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.13 | | $3,138.12 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.12 | | $3,138.24 |
| 03/02/2011 | | Transfer To # ******5871 | Transfer For Bond Payment | 9999-000 | | $2.81 | $3,135.43 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.13 | | $3,135.56 |
| | | | **SUBTOTALS** | | $3,141.06 | $5.50 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-05871 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8400 | | | Money Market Acct #: | ******5871 |
| Co-Debtor Taxpayer ID #: | ******8401 | | | Account Title: | |
| For Period Beginning: | 2/24/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.13 | | $3,135.69 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $3,135.82 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.13 | | $3,135.95 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.10 | | $3,136.05 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $3,136.05 | $0.00 |
| | | | **TOTALS:** | | $3,141.55 | $3,141.55 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $3,138.86 | |
| | | | **Subtotal** | | $3,141.55 | $2.69 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,141.55 | $2.69 | |

| For the period of 2/24/2009 to 5/20/2013 | | For the entire history of the account between 04/07/2009 to 5/20/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,141.55 | Total Compensable Receipts: | $3,141.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,141.55 | Total Comp/Non Comp Receipts: | $3,141.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.69 | Total Compensable Disbursements: | $2.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.69 | Total Comp/Non Comp Disbursements: | $2.69 |
| Total Internal/Transfer Disbursements: | $3,138.86 | Total Internal/Transfer Disbursements: | $3,138.86 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-05871 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8400 | | Money Market Acct #: | ******5871 |
| Co-Debtor Taxpayer ID #: | ******8401 | | Account Title: | |
| For Period Beginning: | 2/24/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,141.55 | $93.12 | $3,048.43 |

| For the period of 2/24/2009 to 5/20/2013 | | For the entire history of the case between 02/24/2009 to 5/20/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,141.55 | Total Compensable Receipts: | $3,141.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,141.55 | Total Comp/Non Comp Receipts: | $3,141.55 |
| Total Internal/Transfer Receipts: | $3,138.86 | Total Internal/Transfer Receipts: | $3,138.86 |
| Total Compensable Disbursements: | $93.12 | Total Compensable Disbursements: | $93.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $93.12 | Total Comp/Non Comp Disbursements: | $93.12 |
| Total Internal/Transfer Disbursements: | $3,138.86 | Total Internal/Transfer Disbursements: | $3,138.86 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT                                         Page No: 1              Exhibit C

| Case No. | 09-05871 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | | | | | | | Date: | 5/20/2013 |
| Claims Bar Date: | 07/21/2009 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SORO<br><br>7865 Nordica Avenue<br>Niles IL 60714 | 07/13/2012 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $3,048.43 | $3,048.43 | $0.00 | $0.00 | $0.00 | $3,048.43 |
| | | | | | | | **$3,048.43** | **$3,048.43** | **$0.00** | **$0.00** | **$0.00** | **$3,048.43** |

CLAIM ANALYSIS REPORT                                              Page No:  2          Exhibit C

| Case No. | 09-05871 | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SORO, OSHANA  AND SORO, MARLYNE O. | | | | Date: | 5/20/2013 |
| Claims Bar Date: | 07/21/2009 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Surplus Funds Paid to Debtor | $3,048.43 | $3,048.43 | $0.00 | $0.00 | $0.00 | $3,048.43 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      09-05871
Case Name:     OSHANA SORO
               MARLYNE O SORO
Trustee Name:  Horace Fox, Jr.

|  |  |
|---|---:|
| Balance on hand: | $3,048.43 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $3,048.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $0.00 |
| Remaining balance: | $3,048.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,048.43 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,048.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Timely allowed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $3,048.43 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $3,048.43 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $3,048.43 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $3,048.43.

**UST Form 101-7-TFR (5/1/2011)**