# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-05871 |
| | § | |
| OSHANA SORO | § | |
| MARLYNE O SORO | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED
## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 7/18/2013, in Courtroom 742, United States Courthouse at, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the

Date Mailed:  7/1/2013          By:  /s/ Horace Fox, Jr.
                                      (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-05871
§
OSHANA SORO §
MARLYNE O SORO §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $3,141.55
*and approved disbursements of* $93.12
*leaving a balance on hand of[1]:* $3,048.43

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,048.43

Applications for chapter 7 fees and administrative expenses have been filed as follows: NONE

Total to be paid for chapter 7 administrative expenses: $0.00
Remaining balance: $3,048.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,048.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,048.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $3,048.43 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $3,048.43 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $3,048.43 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for

**UST Form 101-7-NFR (10/1/2010)**

interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor(s) after payment of all claims and interest is $3,048.43.

Prepared By: /s/ Horace Fox, Jr.
                Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                     United States Bankruptcy Court
                      Northern District of Illinois
In re:                                                    Case No. 09-05871-CAD
Oshana Soro                                               Chapter 7
Marlyne O. Soro
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1        User: dwilliams           Page 1 of 2          Date Rcvd: Jul 02, 2013
                            Form ID: pdf006           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2013.
db/jdb       +Oshana Soro,    Marlyne O. Soro,    7865 N. Nordica Ave.,    Niles, IL 60714-3313
13561758     +American Home Mortgage,    PO Box 631730,    Irving, TX 75063-0002
13561759     +Bassam Metti, Lessor,    6331 N. Hamlin Ave.,    Chicago, IL 60659-1021
13561761     +Christopher Rennels, Lessee,    Kimbersely Altsadt, Lessee,    10 E. Ontario, Unit 3003,
                Chicago, IL 60611-4773
13561762      CitiMortgage,    c/o Blatt, Hasenmiller et al,    125 S. Wacker Dr., Suite 400,
                Chicago, IL 60606-4440
13561764     +Condominium Rental Services,    10 E. Ontario St.,    7th Floor,    Chicago, IL 60611-2736
13561767     +Countrywide Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
13561766     +Countrywide Home Loans,    PO Box 650225,    Dallas, TX 75265-0225
13561765     +Countrywide Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
13561768      Countrywide Home Loans,    PO Box 50070,    Dallas, TX 75265
13561769     +David Sacco, Lessee,    10 E. Ontario St., Unit 2408,    Chicago, IL 60611-2756
13561770     +Deutshe Bank Trust Company,    c/o Codilis & Associates,    15W030 N. Frontage Rd., Suite 100,
                Burr Ridge, IL 60527-6921
13561771      Draper & Kramer,    400 N. LaSalle Condo,    Chicago, IL 60654
13561772      Homecomings Financial,    PO Box 205,    Waterloo, IA 50704-0205
13561774    ++IRWIN HOME EQUITY,    ATTN MELINDA LAYMAN,    P O BOX 929,    COLUMBUS IN 47202-0929
              (address filed with court:   Irwin Home Equity,    12677 Alcosta Blvd.,    Suite 500,
                San Ramon, CA 94583)
13561773      IndyMac Bank,    PO Box 4045,    Kalamazoo, MI 49003-4045
13561776     +Ontario Place Condominum Assoc.,    LaSalle National Bank,    4266 Paysphere Circle,
                Chicago, IL 60674-0042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13561760     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jul 02 2013 23:46:15
                Capital One Auto Finance,    PO Box 660068,    Sacramento, CA 95866-0068
13561775     +E-mail/Text: BKRMailOps@weltman.com Jul 03 2013 00:30:49       Irwin Union,
                c/o Weltman Weinberg & Reis Co.,    180 N. LaSalle, Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           SmithAmundsen LLC
13561763     ##CitiMortgage, Inc.,    PO Box 9438,    Gaithersburg, MD 20898-9438
13561777    ##+Washington Mutual,    PO Box 9001123,    Louisville, KY 40290-1123
                                                                                 TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                   Date Rcvd: Jul 02, 2013
                              Form ID: pdf006              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2013 at the address(es) listed below:

```
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Dana N O'Brien    on behalf of Creditor    Countrywide Home Loans Servicing LP
               dobrien@atty-pierce.com,    northerndistrict@atty-pierce.com
              Horace  Fox, JR    foxhorace@aol.com,    hf@trustesolutions.net;hf@trustesolutions.com
              Michael J Halpin    on behalf of Creditor    BAC Home Loans Servicing, L.P. fka Countrywide Home
               Loans Servicing, L.P. mhalpin@atty-pierce.com,    northerndistrict@atty-pierce.com
              Michael J Halpin    on behalf of Creditor    Countrywide Home Loans Servicing LP
               mhalpin@atty-pierce.com,    northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert R Benjamin    on behalf of Joint Debtor Marlyne O. Soro rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
               ie.com;tstephenson@golanchristie.com
              Robert R Benjamin    on behalf of Debtor Oshana  Soro rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
               ie.com;tstephenson@golanchristie.com
                                                                                             TOTAL: 8
```