## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-05871 |
| | § | |
| OSHANA SORO | § | |
| MARLYNE O SORO | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,732,000.00 | Assets Exempt: | $50,900.00 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $19,243.00 |
| Total Expenses of Administration: | $93.12 | | |

3)      Total gross receipts of $3,141.55  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,048.43 (see **Exhibit 2**), yielded net receipts of $93.12 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,671,872.50 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $93.12 | $93.12 | $93.12 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $19,243.00 | $0.00 | $0.00 | $0.00 |
| **Total Disbursements** | $3,691,115.50 | $93.12 | $93.12 | $93.12 |

4).  This case was originally filed under chapter 7 on 02/24/2009.  The case was pending for 53 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>08/14/2013</u>          By:   <u>/s/ Horace Fox, Jr.</u>
                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Fifth Third Bank checking (..0106) | 1129-000 | $1,614.00 |
| rent 10 E. Ontario #Chgo IL | 1229-000 | $1,524.00 |
| Interest Earned | 1270-000 | $3.55 |
| **TOTAL GROSS RECEIPTS** | | $3,141.55 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Oshana Soro and Marlyne Soro | Surplus Funds | 8200-002 | $3,048.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,048.43 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mortgage | 4110-000 | $250,795.00 | NA | $0.00 | $0.00 |
| | Capital One Auto Finance | 4110-000 | $20,366.00 | NA | $0.00 | $0.00 |
| | CitiMortgage, Inc. | 4110-000 | $125,631.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $386,183.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $20,000.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $338,408.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $38,000.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $342,389.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $386,183.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $20,000.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $43,000.00 | NA | $0.00 | $0.00 |
| | Deutshe Bank Trust Company | 4110-000 | $0.00 | NA | $0.00 | $0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Homecomings Financial | 4110-000 | $266,494.00 | NA | $0.00 | $0.00 |
| IndyMac Bank | 4110-000 | $504,313.00 | NA | $0.00 | $0.00 |
| Irwin Home Equity | 4110-000 | $739,185.50 | NA | $0.00 | $0.00 |
| Washington Mutual | 4110-000 | $190,925.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** |  | **$3,671,872.50** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES
NONE

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties, LTD. | 2300-000 | NA | $8.50 | $8.50 | $8.50 |
| Green Bank | 2600-000 | NA | $84.62 | $84.62 | $84.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | **NA** | **$93.12** | **$93.12** | **$93.12** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Condominium Rental Services | 7100-000 | $13,828.00 | NA | NA | $0.00 |
|  | Draper & Kramer | 7100-000 | $911.00 | NA | NA | $0.00 |
|  | Irwin Union | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Ontario Place Condominum Assoc. | 7100-000 | $1,056.00 | NA | NA | $0.00 |
|  | Ontario Place Condominum Assoc. | 7100-000 | $1,515.00 | NA | NA | $0.00 |
|  | Ontario Place Condominum Assoc. | 7100-000 | $521.00 | NA | NA | $0.00 |
|  | Ontario Place Condominum Assoc. | 7100-000 | $411.00 | NA | NA | $0.00 |
|  | Ontario Place Condominum Assoc. | 7100-000 | $1,001.00 | NA | NA | $0.00 |

| | | | |
|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $19,243.00 | $0.00 | $0.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit 8

| | | |
|---|---|---|
| Case No.: | 09-05871 | |
| Case Name: | SORO, OSHANA  AND SORO, MARLYNE O. | |
| For the Period Ending: | 8/14/2013 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 02/24/2009 (f) |
| §341(a) Meeting Date: | 03/25/2009 |
| Claims Bar Date: | 07/21/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | townhome 7865 N. Nordica Niles, IL | $214,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | condominium Unit 4704 10 E. Ontario St. Chicago, IL 60611 | $385,000.00 | $0.00 | OA | $0.00 | FA |
| 3 | condominium Unit 3003 10 E. Ontario St. Chicago, IL 60611 | $239,000.00 | $0.00 | OA | $0.00 | FA |
| 4 | condominium Unit 2408 10 E. Ontario St. Chicago, IL 60611 | $205,000.00 | $0.00 | OA | $0.00 | FA |
| 5 | condominium Unit 2208 10 E. Ontario St. Chicago, IL 60611 | $205,000.00 | $0.00 | OA | $0.00 | FA |
| 6 | condominium Unit 2803 10 E. Ontario St. Chicago, IL 60611 | $239,000.00 | $0.00 | OA | $0.00 | FA |
| 7 | condominium Unit 1911 400 N. LaSalle Dr. Chicago, IL 60610 | $275,000.00 | $0.00 | OA | $0.00 | FA |
| 8 | 100' x 100' vacant property 245 Wickshire Davis, IL 61019 | $15,000.00 | $9,500.00 | | $0.00 | FA |
| Asset Notes: | will administer.  Contacted Dick Wilkie, of Best Realty to market vacant, non lake lot.  Broker said he did not want to list the lot, there were others for sale and that a few had sold at the 9500.00 level.  Try another broker in the area.  Deem abandoned | | | | | |
| 9 | Fifth Third Bank checking (..0106) | $4,200.00 | $1,614.00 | | $1,614.00 | FA |
| Asset Notes: | no claims filed, therefore surplus case. | | | | | |
| 10 | single family brick 1533 S. Montery Schaumburg, IL 60193 (no occupancy permit; no kitchen) | $215,000.00 | $2,575.00 | | $0.00 | FA |
| Asset Notes: | Can not be occupied.  No kitchen, no occupancy permit. | | | | | |
| 11 | checking (...2161) | $2,914.00 | $0.00 | | $0.00 | FA |
| 12 | checking (...1728) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Bassam Metti, security deposit | $7,000.00 | $7,000.00 | | $0.00 | FA |
| Asset Notes: | Security deposit used for delinquent rent. | | | | | |
| 14 | household goods and furnishings (Nordica) | $1,000.00 | $0.00 | | $0.00 | FA |
| 15 | 1 washer/dryer (400 N. LaSalle) 7 sstoves/refridgerators (10 E. Ontario/400 N. LaSalle) | $1,000.00 | $1,000.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 09-05871 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SORO, OSHANA  AND SORO, MARLYNE O. | | | Date Filed (f) or Converted (c): | 02/24/2009 (f) |
| For the Period Ending: | 8/14/2013 | | | §341(a) Meeting Date: | 03/25/2009 |
| | | | | Claims Bar Date: | 07/21/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** | burdensome to estate, abandon at closing. | | | | | |
| **Ref. #** | | | | | | |
| 16 | wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 17 | Fifth Third Bank Roth IRA | $5,000.00 | $0.00 | | $0.00 | FA |
| 18 | Fifth Third Bank Roth IRA | $5,000.00 | $0.00 | | $0.00 | FA |
| 19 | Oshana Soro Accounting & Tax Service | $1,000.00 | $0.00 | | $0.00 | FA |
| 20 | City of Chicago General Business License | $1.00 | $1.00 | | $0.00 | FA |
| 21 | 2006 Honda Pilot | $14,000.00 | $0.00 | | $0.00 | FA |
| 22 | 2 computers, printer, 3 desks, 9 chairs, phone system | $500.00 | $0.00 | | $0.00 | FA |
| 23 | rent 10 E. Ontario #    (u) Chgo IL | $0.00 | $1,524.00 | | $1,524.00 | FA |
| **Asset Notes:** | no more rent forthcoming | | | | | |
| INT | Interest Earned    (u) | Unknown | Unknown | | $3.55 | Unknown |

|  | | TOTALS (Excluding unknown value) | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $2,034,115.00 | $23,214.00 | | $3,141.55 | $0.00 |

**Major Activities affecting case closing:**

Requested detail on security deposit and filed motion to abandon all realty, except vacant land, due to lack of insurance.

Order abanoning all realty except vacant land entered.  Contacted broker re saleability of vacant lot.

Claims bar date 7.21.09.

Real estate broker has reported no interest in  marketing vacant lot, there are several more desirable ones on market, in that development.

Deem vacant lot abandoned and close, broker will not take listing.

No claims filed this case, return money to debtor.  Vacant lot not saleable.  Initial asset notice filed, claims bar date  7.21.09

Can not make distribution, no claims filed.   Inital notice sent 4.09,10.03.10.

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 09-05871 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SORO, OSHANA  AND SORO, MARLYNE O. | Date Filed (f) or Converted (c): | 02/24/2009 (f) |
| For the Period Ending: | 8/14/2013 | §341(a) Meeting Date: | 03/25/2009 |
| | | Claims Bar Date: | 07/21/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Close case return funds, no claims filed before claims bar date.

 Served all creditors and asked them to file late claims. pay late filed claims rather than returning funds 2.12

No creditors filed late claims by 2.27.12  Requested permission to return the funds.2.29.12

Make request of Ms. Silver again.  No response at 4.8.12.

Response from Ms. Silver is that I must close with final report though there is a very small amount of money that will be consumed by administrative fees.5.2.12

Confirmed with accountant that there is no taxable event and therefore no tax return necessary.  10.19.12

Confirmed that neither Smith Amundsen nor Bruce de 'Medici will bill any fees to this case.

I will draft the motion to approve compromise to save estate funds. 10.25.12.

Motion to approve compromise set 1.17.13, Judge Doyle, denied as unnecessary.  No claims filed.1.12.13

No fee taken as no distribution made.  Money to be returned to debtor.  Final report to UST 2.14.13

Check with UST re status final report. 3.23.13

Check docket and e-mails, no sign-off UST, funds to be returned to debtors, no claims filed. 5.11.13.

7.18.13 wrote check to debtors (sent to Bob Benjamin) because no claims filed and we had no current address for debtors.

| Initial Projected Date Of Final Report (TFR): | 03/31/2011 | Current Projected Date Of Final Report (TFR): | 02/28/2013 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 09-05871 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | SORO, OSHANA  AND SORO, MARLYNE O. | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******8400 | | **Checking Acct #:** | ******7101 |
| **Co-Debtor Taxpayer ID #:** | ******8401 | | **Account Title:** | DDA |
| **For Period Beginning:** | 2/24/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/14/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $3,136.05 | | $3,136.05 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.14 | $3,134.91 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.05 | $3,129.86 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.21 | $3,124.65 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.71 | $3,119.94 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.87 | $3,115.07 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.02 | $3,110.05 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.01 | $3,105.04 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $3.00 | $3,102.04 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.68 | $3,097.36 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.15 | $3,092.21 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.66 | $3,087.55 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.98 | $3,082.57 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.97 | $3,077.60 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.80 | $3,072.80 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.43 | $3,067.37 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.31 | $3,063.06 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.94 | $3,058.12 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.09 | $3,053.03 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.60 | $3,048.43 |
| 07/18/2013 | 5002 | Oshana Soro and Marlyne Soro | Final  Dividend: 100.00; Amount Allowed: 3,048.43;/ Check sent to attorney Bob Benjamin, in the name of Soros. | 8200-002 | | $3,048.43 | $0.00 |
| | | | **SUBTOTALS** | | $3,136.05 | $3,136.05 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-05871 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SORO, OSHANA  AND SORO, MARLYNE O. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8400 | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | ******8401 | Account Title: | DDA |
| For Period Beginning: | 2/24/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | TOTALS: | | | $3,136.05 | $3,136.05 | $0.00 |
| | | Less: Bank transfers/CDs | | | $3,136.05 | $0.00 | |
| | | Subtotal | | | $0.00 | $3,136.05 | |
| | | Less: Payments to debtors | | | $0.00 | $3,048.43 | |
| | | Net | | | $0.00 | $87.62 | |

| For the period of **2/24/2009** to **8/14/2013** | | For the entire history of the account between **07/25/2011** to **8/14/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,136.05 | Total Internal/Transfer Receipts: | $3,136.05 |
| | | | |
| Total Compensable Disbursements: | $87.62 | Total Compensable Disbursements: | $87.62 |
| Total Non-Compensable Disbursements: | $3,048.43 | Total Non-Compensable Disbursements: | $3,048.43 |
| Total Comp/Non Comp  Disbursements: | $3,136.05 | Total Comp/Non Comp  Disbursements: | $3,136.05 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-05871 | | Trustee Name: | | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SORO, OSHANA  AND SORO, MARLYNE O. | | Bank Name: | | STERLING BANK |
| Primary Taxpayer ID #: | ******8400 | | Checking Acct #: | | ******5871 |
| Co-Debtor Taxpayer ID #: | ******8401 | | Account Title: | | |
| For Period Beginning: | 2/24/2009 | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From  # ******5871 | Transfer For Bond Payment | 9999-000 | $2.81 | | $2.81 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $2.81 | $0.00 |
| | | **TOTALS:** | | | $2.81 | $2.81 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $2.81 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $2.81 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $2.81 | |

| **For the period of  2/24/2009 to 8/14/2013** | | **For the entire history of the account between 02/17/2011 to 8/14/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2.81 | Total Internal/Transfer Receipts: | $2.81 |
| | | | |
| Total Compensable Disbursements: | $2.81 | Total Compensable Disbursements: | $2.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2.81 | Total Comp/Non Comp  Disbursements: | $2.81 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-05871 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SORO, OSHANA  AND SORO, MARLYNE O. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8400 | | Money Market Acct #: | ******5871 |
| Co-Debtor Taxpayer ID #: | ******8401 | | Account Title: | |
| For Period Beginning: | 2/24/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2009 | (9) | Marlyne O. Soro and Oshana B. Soro | Non Exempt Assets, 5/3 checking account | 1129-000 | $1,614.00 | | $1,614.00 |
| 04/07/2009 | (23) | Christopher L. Rennels | March Rent- Final Payment | 1229-000 | $1,524.00 | | $3,138.00 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.09 | | $3,138.09 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $3,138.22 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.13 | | $3,138.35 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.13 | | $3,138.48 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.13 | | $3,138.61 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.13 | | $3,138.74 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.13 | | $3,138.87 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.13 | | $3,139.00 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.13 | | $3,139.13 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.13 | | $3,139.26 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.12 | | $3,139.38 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.13 | | $3,139.51 |
| 04/28/2010 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $2.69 | $3,136.82 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.13 | | $3,136.95 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $3,137.08 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.13 | | $3,137.21 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.13 | | $3,137.34 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.13 | | $3,137.47 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.13 | | $3,137.60 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.13 | | $3,137.73 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.13 | | $3,137.86 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.13 | | $3,137.99 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.13 | | $3,138.12 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.12 | | $3,138.24 |
| 03/02/2011 | | Transfer To # ******5871 | Transfer For Bond Payment | 9999-000 | | $2.81 | $3,135.43 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.13 | | $3,135.56 |
| | | | **SUBTOTALS** | | $3,141.06 | $5.50 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-05871 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SORO, OSHANA AND SORO, MARLYNE O. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8400 | Money Market Acct #: | ******5871 |
| Co-Debtor Taxpayer ID #: | ******8401 | Account Title: | |
| For Period Beginning: | 2/24/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.13 | | $3,135.69 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $3,135.82 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.13 | | $3,135.95 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.10 | | $3,136.05 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $3,136.05 | $0.00 |
| | | **TOTALS:** | | | $3,141.55 | $3,141.55 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $3,138.86 | |
| | | **Subtotal** | | | $3,141.55 | $2.69 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | | $3,141.55 | $2.69 | |

| **For the period of** 2/24/2009 to 8/14/2013 | | **For the entire history of the account between** 04/07/2009 to 8/14/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,141.55 | Total Compensable Receipts: | $3,141.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,141.55 | Total Comp/Non Comp Receipts: | $3,141.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.69 | Total Compensable Disbursements: | $2.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.69 | Total Comp/Non Comp Disbursements: | $2.69 |
| Total Internal/Transfer Disbursements: | $3,138.86 | Total Internal/Transfer Disbursements: | $3,138.86 |

Page No: 6                Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-05871 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SORO, OSHANA  AND SORO, MARLYNE O. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8400 | Money Market Acct #: | ******5871 |
| Co-Debtor Taxpayer ID #: | ******8401 | Account Title: | |
| For Period Beginning: | 2/24/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $3,141.55 | $3,141.55 | $0.00 |

| For the period of 2/24/2009 to 8/14/2013 | | For the entire history of the case between 02/24/2009 to 8/14/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,141.55 | Total Compensable Receipts: | $3,141.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,141.55 | Total Comp/Non Comp Receipts: | $3,141.55 |
| Total Internal/Transfer Receipts: | $3,138.86 | Total Internal/Transfer Receipts: | $3,138.86 |
| | | | |
| Total Compensable Disbursements: | $93.12 | Total Compensable Disbursements: | $93.12 |
| Total Non-Compensable Disbursements: | $3,048.43 | Total Non-Compensable Disbursements: | $3,048.43 |
| Total Comp/Non Comp  Disbursements: | $3,141.55 | Total Comp/Non Comp  Disbursements: | $3,141.55 |
| Total Internal/Transfer  Disbursements: | $3,138.86 | Total Internal/Transfer  Disbursements: | $3,138.86 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.